**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JAZMIN GUERRA,<br>Plaintiff,<br>v.<br>MONTAGE HEALTH, et al.,<br>Defendants. | Case No. 5:22-cv-02882 EJD<br>**NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE**<br>Re: Dkt. No. 57 |

This case was referred to this Court by the Honorable Edward J. Davila for a settlement conference. The conference will be held on **January 8, 2026, at 9:30 a.m.** in Courtroom 5, 4th Floor, San Jose Courthouse. If a party is unable to participate in the conference on this date, that party must meet and confer with opposing counsel to find another date on which all parties are available and then contact courtroom deputy Lili Harrell as soon as possible at Lili_Harrell@cand.uscourts.gov, or 408.535.5343. Please see this Court's Settlement Conference Standing order for more information.

IT IS SO ORDERED.

Date: October 31, 2025

Nathanael M. Cousins
United States Magistrate Judge