ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Facsimile: (408) 295-0142

Attorneys for JAZMIN GUERRA, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZMIN GUERRA,<br><br>Plaintiff,<br><br>vs.<br><br>MONTAGE HEALTH; COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA,<br><br>Defendants | Case No. 22-cv-2882-EJD<br><br>**STIPULATION DISMISSING ACTION WITH PREJUDICE** |

JAZMIN GUERRA ("Plaintiff") and MONTAGE HEALTH; COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA ("Defendants") stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action be dismissed in its entirety with prejudice.

Respectfully submitted,

Dated: February 2, 2026

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili, Attorney for Plaintiff

Dated: February 3, 2026

*/s/ Cyrus A. Tabari*
Cyrus A. Tabari,
Attorney for Defendants

**Filer's Attestation**

I, Irakli Karbelashvili, attest that I received concurrence from the signatories in the filing of this document.

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili